

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RANDY BARAL, THOMAS BEASLEY, DANIEL CARLETON, DONALD CRITELLI, JOHN DIGNAM, JAMES DONLAN, GERALD A. FRICKER, III, MARK LORENZI, RALPH M. ORZO, PHIL QUESNEL, PETER RESCIGNO, FRANCIS SCHRADER, HAROLD SMITH, JOHN TAYLOR, EDWARD J. WALSH, DONALD P. YASEK,

and others similarly situated,

                Plaintiffs,

v.                                                                   01-CV-1202
                                                                     (NAM/DRH)

NEW YORK POWER AUTHORITY

                Defendant.

---

## STIPULATED ORDER OF SETTLEMENT

It is hereby agreed by and between counsel for the parties herein as follows:

1. Plaintiffs have commenced this suit seeking unpaid overtime, liquidated damages, attorneys' fees and costs under the provisions of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA").

2. The parties have agreed to a settlement of plaintiffs' claims under the FLSA upon the terms set forth herein.

2

3. Defendant agrees to pay and has paid plaintiffs the following amounts in back pay and liquidated damages:

| **Plaintiff** | **Back Pay** | **Liquidated Damages** |
|---|---|---|
| Baral | $37.95 | $37.95 |
| Beasley | 34.53 | 34.53 |
| Blumer | 21.22 | 21.22 |
| Bobik | 1.52 | 1.52 |
| Cranker | 47.88 | 47.88 |
| Carleton | 38.74 | 38.74 |
| Carroll | 59.85 | 59.85 |
| Critelli | 2.56 | 2.56 |
| Dignam | 98.68 | 98.68 |
| Donlan | 86.27 | 86.27 |
| Elie | 20.58 | 20.58 |
| Fricker | 48.04 | 48.04 |
| Frink | 5.35 | 5.35 |
| Gunn | 29.74 | 29.74 |
| Lorenzi | 54.58 | 54.58 |
| Neff | 1.32 | 1.32 |
| Nunez | 29.20 | 29.20 |
| Odendahl | 43.35 | 43.35 |
| Orzo | 46.05 | 46.05 |

3

| | | |
|---|---|---|
| Quesnel | 95.80 | 95.80 |
| Rescigno | 83.58 | 83.58 |
| Schrader | 89.98 | 89.98 |
| Slagle | 55.25 | 55.25 |
| Smith | 48.21 | 48.21 |
| Thomas | 99.52 | 99.52 |
| Walsh | 54.40 | 54.40 |
| Walters | 66.06 | 66.06 |
| Yasek | 47.75 | 47.75 |

4. Plaintiff John Taylor executed a United States Department of Labor Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation on August 8, 2001, and thereby gave up his right to recover lost wages or liquidated damages in this suit.

5. Defendant agrees to pay plaintiffs' counsel, Chamberlain, Kaufman & Jones attorneys' fees in the amount of $7,500 and costs in the amount of $ 200.76 in full satisfaction of any and all obligations of defendant for attorneys fees and costs under the Fair Labor Standards Act.

6. Checks in the amounts set forth in paragraph 3 above have already been forwarded by defendant either directly to plaintiffs or to plaintiffs' counsel. The check for attorneys' fees and costs in the amount of $7,700.76 will be delivered to counsel for plaintiffs, Chamberlain,

4

Kaufman & Jones, 35 Fuller Road, Albany, New York 12205, within 7 days of the signing of this order by the Court.

7. Plaintiffs listed in paragraph 3 have each executed an Acknowledgment of Settlement and Release of Claim, a copy of which is annexed hereto. Pursuant to the these executed releases, plaintiffs' acceptance of the settlement amounts constitute a full and complete settlement of all claims against defendant under the Fair Labor Standards Act that may exist or have existed as of the date of the executed release. Plaintiffs fully, finally and completely release, waive and discharge defendant New York Power Authority, its past and present Trustees, officers, agents, employees, successors and assigns from any further claims under the Fair Labor Standards Act for anything that has occurred up to the date of the executed releases.

8. Within 10 days of receipt of the check for attorney's fees and costs set forth in this agreement, plaintiffs' counsel will file with the Clerk a stipulation of discontinuance with prejudice.

9. This Settlement Agreement sets forth the entire agreement between the plaintiffs and the defendant. This agreement supersedes any and all prior agreements or understandings, if any, between the parties regarding the subject matter of this Agreement.

Dated: May 10, 2002         CHAMBERLAIN, KAUFMAN & JONES
                            35 Fuller Road
                            Albany, New York 12205

*[signature]*
ALAN S. KAUFMAN 103097
(518) 435-9427, 435-9102 (fax)
Attorneys for Plaintiffs

Dated: May 6, 2002

NEW YORK STATE POWER AUTHORITY
123 Main Street
White Plains, New York 10601

*[signature]*
GERARD LOUGHRAN
Assistant General Counsel
(914) 390-8025

**SO ORDERED:**

Dated: May 13, 2002

*[signature]*
UNITED STATES DISTRICT JUDGE