

COPIES SENT By _____ Date 6/6/02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RANDY BARAL, THOMAS BEASLEY, DANIEL
CARLETON, DONALD CRITELLI, JOHN
DIGNAM, JAMES DONLAN, GERALD A.
FRICKER, III, MARK LORENZI, RALPH
M. ORZO, PHIL QUESNEL, PETER
RESCIGNO, FRANCIS SCHRADER, HAROLD
SMITH, JOHN TAYLOR, EDWARD J.
WALSH, DONALD P. YASEK,

and others similarly situated,

                  Plaintiffs,

v.                                              01-CV-1202
                                                (NAM/DRH)

NEW YORK POWER AUTHORITY         **STIPULATION OF DISMISSAL**
                                 **WITH PREJUDICE**
                  Defendant.
_____

    IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties herein that, pursuant to Fed. R. Civ. Pro. 41(a), this action be and is dismissed with prejudice.

Dated: May 17, 2002                CHAMBERLAIN, KAUFMAN & JONES
                                      35 Fuller Road
                                      Albany, New York 12205

                                      _____
                                      ALAN S. KAUFMAN 103097
                                      (518) 435-9427, 435-9102 (fax)
                                      Attorneys for Plaintiffs

Dated: May 22, 2002                NEW YORK STATE POWER AUTHORITY
                                      123 Main Street
                                      White Plains, New York 10601

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 05 2002
AT ____
Lawrence _____ Clerk - Syracuse

*[signature]*
/GERARD LOUGHRAN
Assistant General Counsel
(914) 390-8025

**SO ORDERED:**

Dated: June 5, 2002

*[signature]*
UNITED STATES DISTRICT JUDGE